UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3357-AG (PJW) | Date | December 8, 2008 |
|---|---|---|---|
| Title | *Gregory Wayne James v. A. Hedgpeth, Warden* | | |

| Present: The Honorable | PATRICK J. WALSH, U.S. Magistrate Judge | |
|---|---|---|
| Isabel Martinez | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**   Petitioner's Request For Additional Time To File Traverse (In Chambers)

On November 26, 2008, Petitioner filed a "Request For Additional Time To File Traverse Against States Reply." That request is DENIED as moot because Petitioner previously filed his Traverse on November 17, 2008.

cc:

Gregory Wayne James
V-98557
Kern Valley State Prison
P.O. Box 5107
Delano, CA 93216

Chung L. Mar
Office of the Attorney General
300 South Spring Street, Ste. 1702
Los Angeles, CA 90013

:

Initials of Preparer

S:\PJW\Cases-State Habeas\JAMES, G 3357\MO_ext of time for trave2.wpd