UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY WAYNE JAMES, | ) | CASE NO. CV 08-3357-AG (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| A. HEDGPETH, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>July 31, 2009</u>

_____
ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~5486160.wpd